ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

ESTEFANIA D. BAIRD
Special Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Estefania.baird@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 21 2018
at 5 o'clock and 30 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>DAVID D. NELSON,<br><br>    Defendant. | CR. NO. PO18-00048 KSC<br><br>INFORMATION<br>18 U.S.C. § 13;<br>H.R.S. § 291E-61(a)(1)&(3)<br><br>Citation No.: 6925162/H-10<br><br>A & P Date: 27 Feb 18 |

INFORMATION

The United States Attorney charges that:

On or about December 9, 2017, on Schofield Barracks, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, DAVID D. NELSON, defendant herein, did intentionally, knowingly, and recklessly assume actual physical control of a vehicle on a public way, street, road, or highway with .08 or more grams of

alcohol per two hundred ten liters of breath, in an amount sufficient to impair his normal mental faculties or ability to care for himself and guard against casualty.

All in violation of Hawaii Revised Statute 291E-61(a)(1) and (a)(3), a Federal offense pursuant to Title 18, United States Code, Section 13.

DATED: February 13, 2018, Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By _____
ESTEFANIA D. BAIRD
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. vs. DAVID D. NELSON
CR. NO.
Citation No.: 6925162/H-10
"INFORMATION"